# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 2, 2025

Lyle W. Cayce
Clerk

No. 25-40138

_____

Sofia Kennedy,

*Plaintiff—Appellant*,

*versus*

Pharr-San Juan-Alamo Independent School District;
Jesse Zambrano; Alejandro Elias,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:24-CV-39

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

This case concerns an allegedly unlawful misappropriation of federal funds by the Pharr-San Juan-Alamo Independent School District ("the District"). Sofia Kennedy, a former employee of the District, sued the District in Texas state court. The District removed the suit to federal court. Multiple amended complaints later, Kennedy now brings three claims: (1) a

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40138

state retaliation claim against the District under the Texas Whistleblower Act, Tex. Gov't Code § 554.002, (2) a federal retaliation claim against the District under the False Claims Act, 31 U.S.C. § 3730(h), and (3) a claim that the District and two individuals violated her First and Fourteenth Amendment rights under 42 U.S.C. § 1983. The district court dismissed Kennedy's claims under Federal Rules of Civil Procedure 12(b)(1) for lack of jurisdiction and 12(b)(6) for failure to state a claim. After reviewing the parties' briefs and the record, we find no reversible error. AFFIRMED.